IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 19 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN RE:                                        )
                                              )   CASE NUMBER 2:12cr 196
GRAND JURY PROCEEDINGS                        )
                                              )   UNDER SEAL

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Amy E. Cross, Special Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the indictment and arrest warrants in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrants which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the indictment and arrest warrants remain under seal until the arrest of the first defendant, at which time the indictment may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the indictment be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants be made available to Special Agents of Homeland Security Investigations for execution.

Neil H. MacBride
United States Attorney

*/s/ Amy Cross*
Amy E. Cross
Special Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
(757) 441-6331