

FILED IN OPEN COURT

DEC 19 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### *NORFOLK DIVISION*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 2:12cr 196 |
| v. | ) |
| | ) 21 U.S.C. §§ 952, 963, and 960(a)(1), (b)(3) |
| TIMOTHY S. MOORE, JR., | ) Conspiracy to Import into the United States |
| (Counts 1, 2, 4 and 5) | ) Methylone, a Schedule I Controlled Substance |
| | ) (Count 1) |
| and | ) |
| | ) 21 U.S.C. § 846 and 841(a)(1), (b)(1)(C) |
| CAROLINE E. TAYLOR, | ) Conspiracy to Distribute and Possess with |
| (Counts 1, 2, 4 and 5) | ) Intent to Distribute Methylone, a Schedule I |
| | ) Controlled Substance |
| and | ) (Count 2) |
| | ) |
| ANGELIA S. WALKE, | ) 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| (Counts 1, 2, and 5) | ) Possession With Intent to Distribute or |
| | ) Distribution of Methylone, a Schedule I |
| and | ) Controlled Substance |
| | ) (Counts 3-4) |
| BRETT C. WALSH, | ) |
| (Counts 2 and 3) | ) 21 U.S.C. § 843(b) |
| | ) Use of a Communications Facility to Commit |
| Defendants. | ) a Felony |
| | ) (Count 5) |
| | ) |
| | ) 21 U.S.C. §§ 853, 881, and 970 |
| | ) Criminal Forfeiture |

### INDICTMENT

DECEMBER 2012 TERM - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

1

## COUNT ONE

From in or around August, 2012, to on or about October, 24, 2012, at Portsmouth, in the Eastern District of Virginia, and elsewhere, TIMOTHY S. MOORE, JR., CAROLINE E. TAYLOR and ANGELIA S. WALKE, the defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with other persons, both known and unknown to the grand jury, to import into the United States from China and any place outside thereof, 3,4-Methylenedioxy-N-methycathinone, commonly known as "Methylone," a Schedule I controlled Substance, in violation of 21, United States Code, §§ 952, 963, and 960(a)(1) and (b)(3).

## WAYS, MANNER AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which this purpose was carried out included but were not limited to the following:

1. It was part of the conspiracy a co-conspirator, usually TIMOTHY S. MOORE, JR. and CAROLINE E. TAYLOR, would and did place internet orders for Methylone, using email, to a lab in China.

2. A co-conspirator, usually TAYLOR and MOORE, would and did wire funds to the Chinese lab using MoneyGram and other payment methods. One of the two of them would and did then forward the MoneyGram confirmation number to the contact at the Chinese lab.

3. TAYLOR and MOORE would and did receive a shipping confirmation number from the Chinese laboratory once payment was processed. TAYLOR and MOORE would and did track the Methylone from China to delivery at another address in Portsmouth, Virginia.

4. The package from China would be and was sent in the name of a third party, and accepted by ANGELIA S. WALKE at a separate address in Portsmouth. WALKE would and did notify TAYLOR when the Methylone arrived. TAYLOR and MOORE would and did pick up the Methylone for distribution.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish one or more of the purposes thereof, the following overt acts, among others, were committed in the Eastern District of Virginia:

1. On or about August 20, 2012, in the Eastern District of Virginia, MOORE and TAYLOR placed an order for one kilogram of Methylone, a Schedule I controlled substance, for $1,700 U.S. Currency from a Chinese lab.

2. On or about August 20, 2012, in the Eastern District of Virginia, TAYLOR wired $1,700 U.S. Currency to the laboratory's bank in China for the ordered Methylone from her Bank of America account.

3. On at least two occasions, one of which was October 24, 2012, in the Eastern District of Virginia, the United States Postal Service completed a delivery to ANGELIA S. WALKE, who signed for the packages using the name of another person. When WALKE accepted the packages, she then contacted MOORE so he could retrieve them.

4. On at least two occasions, one of which was October 24, 2012, in the Eastern District of Virginia, MOORE and TAYLOR picked up the packages and took them back to their shared residence in Portsmouth.

(All in violation of 21 U.S.C. §§ 952, 963, and 960(a)(1), (b)(3)).

## COUNT TWO

From in or around August, 2012, to on or about October, 24, 2012, at Portsmouth, in the Eastern District of Virginia, and elsewhere, TIMOTHY S. MOORE, JR., CAROLINE E. TAYLOR, ANGELIA S. WALKE, and BRETT C. WALSH, the defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with other persons, both known and unknown to the grand jury, to commit the following offenses against the United States: to distribute and possess with intent to distribute a quantity of a mixture and substance containing Methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## WAYS, MANNER AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which this purpose was carried out included but were not limited to the following:

1. It was part of the conspiracy that TAYLOR and MOORE would and order Methylone from a Chinese laboratory using the internet.

2. WALKE would and did receive the international packages containing the Methylone. WALKE would and did notify MOORE that the packages had arrived for pick-up.

3. TAYLOR and MOORE would and did pick up the drugs and return to their shared residence to prepare the Methylone for distribution.

4. BRETT C. WALSH and others would and did purchase Methylone from TAYLOR and MOORE for resale. At times, a portion of the drugs would be "fronted" (or given for future payment) to WALSH or others.

5. WALSH would and did sell the Methylone in the Eastern District of Virginia and elsewhere. He would and did repay any outstanding amount of the fronted drugs to MOORE and TAYLOR.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish one or more of the purposes thereof, the overt acts stated in Count One of this indictment are re-alleged and incorporated into this Count, and the following additional overt acts, among others, were committed in the Eastern District of Virginia:

1. On or about October 3, 2012, in the Eastern District of Virginia, WALSH purchased one (1) kilogram of Methylone from MOORE for $11,200. WALSH paid MOORE half the purchase price, $5,600 at that time and owed MOORE $5,600 upon sale of the Methylone.

2. On or about October 7, 2012, in the Eastern District of Virginia, WALSH possessed with the intent to distribute approximately 86.8 grams of Methylone at his residence in Portsmouth.

(All in violation of 21 U.S.C.§ 846).

## COUNT THREE

On or about October 7, 2012, in the Eastern District of Virginia, the defendant BRETT C. WALSH, knowingly and intentionally possessed with intent to distribute to approximately 86.8 grams of a mixture and substance containing a detectable amount of Methylone, a Schedule I controlled substance.

(All in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)).

5

## COUNT FOUR

On or about October 24, 2012, in the Eastern District of Virginia, the defendants TIMOTHY S. MOORE, JR. and CAROLINE E. TAYLOR, knowingly and intentionally possessed with intent to distribute approximately one and a half (1 ½) kilograms of a mixture and substance containing a detectable amount of Methylone, a Schedule I controlled substance.

(All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C)).

## COUNT FIVE

On or about the October 24, 2012, in the Eastern District of Virginia and elsewhere, the defendants, TIMOTHY S. MOORE, JR., CAROLINE E. TAYLOR, and ANGELIA S. WALKE, did knowingly and intentionally use a communication facility, specifically the mail through the United States Postal Service, in facilitating the commission of any act constituting a felony under Title 21, United States Code, Sections 852, 860 (a)(1), (b)(3), that is, Conspiracy to Import into the United States Methylone, a Schedule I Controlled Substance, an offense set forth in Count One of this indictment and incorporated by reference herein.

(All in violation of Title 21, United States Code, Section 843(b)).

## CRIMINAL FORFEITURE

As part of the sentencing of the defendants, upon proper findings, the defendants herein, TIMOTHY S. MOORE, JR, CAROLINE E. TAYLOR, ANGELIA S. WALKE, and BRETT C. WALSH, if convicted of any violation alleged in Counts One through Five of this Criminal Indictment, shall forfeit to the United States (1) any and all property constituting, or derived from, any proceeds traceable to, or that the defendant obtained, directly or indirectly, as the result of, such violation; (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; (3) all things of

value furnished or intended to be furnished by any person in exchange for a controlled substance in such violation and all proceeds traceable to such exchange and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any such violation; and any right, title, and interest in all real property and any appurtenances and improvements which were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and (4) any other property of the defendant up to the value of the property subject to forfeiture above, if any property subject to forfeiture above, as a result of any act or omission of the defendant (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty.

    (All pursuant to Title 21, United States Code, Sections 853, 881, and 970; Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

<u>United States v. Timothy S. Moore, Jr., et al</u>
Criminal No. 2:12cr

A TRUE BILL:

Redacted
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: /s/
Amy E. Cross
Special Assistant United States Attorney
Virginia State Bar #45289
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: (757)441-6331
Facsimile: (757)441-6689
Email: amy.cross@usdoj.gov