IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 2:12cr196-004

BRETT C. WALSH

Defendant.

## ORDER

THIS CAUSE came to be heard upon Motion of the Defendant, Brett C. Walsh, by counsel, requesting permission to travel outside of the Eastern District of Virginia to Kill Devil Hills, North Carolina, leaving on Sunday, July 21, 2013, returning on Sunday, July 28, 2013;

UPON CONSIDERATION WHEREOF and for good cause shown, it is hereby **ADJUDGED, ORDERED** and **DECREED** that the request for said permission to travel outside of the Eastern District of Virginia to Kill Devil Hills, North Carolina from Sunday, July 21, 2013 through Sunday 28, 2013, is **GRANTED**. Therefore, the Defendant shall be removed from electronic monitoring on Friday, July 19, 2013 so that he can travel on Sunday, July 21, 2013 and then the Defendant will be placed back on electronic monitoring on Monday, July 29, 2013.

All other conditions of the Defendant's bond shall remain in full force and effect.

ENTERED this 16th day of July, 2013

/s/ MSD

Mark S. Davis
United States District Judge

JUDGE

Page 1 of 2

I ASK FOR THIS:

LAWRENCE H, WOODWARD, JR.

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Attorney for the Defendant,
  Christopher C. Rice
Shuttleworth, Ruloff, Swain,
  Haddad & Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, Virginia  23452
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: lwoodward@srgslaw.com

SEEN AND AGREED:

AMY C. CROSS

_____/ s /_____
Amy C. Cross, Esquire
Assistant United States Attorney
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Phone: 757/441-6331
Fax: 757/441-6689
Email address: amy.cross@usdoj.gov