IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 2:12cr196-004 |
| **v.** ) | |
| ) | Sentencing Date: October 15, 2013 |
| **BRETT C. WALSH,** ) | |
| **Defendant.** ) | |

## RESOLVED OBJECTION STIPULATION

The United States of America, through its attorneys, Dana J. Boente, Acting United States Attorney, and Amy E. Cross, Special Assistant United States Attorney, and hereby submits its position with respect to Defendant Brett C. Walsh's (hereinafter "Defendant" or "Walsh") objection to the Weapons Enhancement under the guidelines.

The parties agree that for the purposes of sentencing, the enhancement for a Dangerous Weapon under U.S.S.G. § 2D1.1(b)(1) should not apply. The government withdraws its prior argument and asks that the enhancement be removed from the guidelines computation. Probation has been notified. Further, the Defendant, through counsel, has been notified of this change and has no objection.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: ___/s/_____
Amy E. Cross
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2013, I electronically filed the foregoing Amended Position on Sentencing with the Clerk of Court using the CM/ECF system, which will send a notification to the following:

Lawrence H. Woodward, Jr., Esquire
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452

I HEREBY CERTIFY that on this 11th day of October, 2013, I emailed a true and correct copy of the foregoing Amended Position on Sentencing to the following:

Tara Gill, Probation Officer
United States Probation
600 Granby Street, Suite 200
Norfolk, Virginia 23510

/s/
Amy E. Cross
Special Assistant United States Attorney
Virginia State Bar No. 45289
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Email: amy.cross@usdoj.gov